UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| ABDUVAKHKHOB KOMOLKHUJAEV #A249-272-028 | CASE NO. 25-cv-717 SEC P |
| -vs- | JUDGE DRELL |
| WARDEN LASALLE I C E PROCESSING CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

---

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana this __5__ day of January 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT